FREEHILL HOGAN & MAHAR, LLP
Attorneys for Defendant
80 Pine Street
New York, NY 10005
Tel: (212) 425-1900

2008 SEP 22  AM 10: 29

m. Raw

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) **Case No. CR 408 103** |
| **v.** | ) |
| | ) |
| **OFER (SHIPS HOLDING) LTD** | ) |
| | ) |

## CONSENT ORDER

WHEREAS a Plea Agreement between United States of America and Defendant Ofer (Ships Holding) Ltd. ("Ofer") was entered with this Court on June 27, 2008; and

WHEREAS the Plea Agreement incorporates as a term of probation the provision of an "Environmental Compliance Plan" (hereinafter "ECP"); and

WHEREAS, Section G of the ECP requires Ofer to pay for a Court Appointed Monitor ("CAM") who is to be approved by both the United States and the Court; and

WHEREAS Defendant Ofer has nominated ECM Maritime Services, 64 Danbury Road, Ste. 800, Wilton, Connecticut 06897-4406, Tel. No. (203) 761-6030, Attention: Mr. Michael Minogue, as the CAM and the United States has approved such nomination;

IT IS HEREBY ORDERED that ECM Maritime Services is appointed as the Court Appointed Monitor pursuant to Section G of the ECP entered before this Court on June 27, 2008.

This 22ND day of September, 2008.

_William T. Moore, Jr._
_William T. Moore, Jr._
United States District Judge

The above Order is hereby consented to by the parties.

EDMUND A. BOOTH, JR.
UNITED STATES ATTORNEY

_Jeffrey J. Buerstatte_
Jeffrey J. Buerstatte
Assistant United States Attorney
Georgia Bar No. 093416
801 Gloucester Street, Suite 358
Brunswick, Georgia 31520
Telephone No.: (912) 264-3618

FREEHILL HOGAN & MAHAR, LLP

By:    William J. Pallas
       (Admitted Pro Hac Vice by Order of
       June 23, 2008)
       80 Pine Street
       New York, New York 10005
       Telephone No.: (212) 425-1900
       Attorneys for defendant Ofer (Ships
       Holding) Ltd

HUNTER, MACLEAN, EXLEY & DUNN, P.C.

By:    _David F. Sipple_
       David F. Sipple
       Georgia State Bar No. 649200
       200 East St. Julian Street
       P.O. Box 9848
       Savannah, Georgia 31412
       Telephone No.: (912) 236-0261
       Attorneys for defendant Ofer (Ships
       Holding) Ltd

764605-01
12649-35

2